# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Winmark Corporation, ) ) | |
| Plaintiff-Counterdefendant, ) ) | Civil Action No. 05-CV-00953 (MJD/SRN) |
| v. ) ) | |
| Winmark Equipment Finance, LLC, ) ) | |
| Defendant-Counterclaimant. ) ) | |

## **ORDER**

On consideration of the parties' Stipulation of Dismissal, which is herein incorporated by reference,

IT IS HEREBY ORDERED:

1. The Complaint and Counterclaims in this action are dismissed without prejudice; and

2. Each party is to bear its own costs and attorney's fees.


Dated: February 8, 2006          s /  Michael J. Davis
                                 The Honorable Michael J. Davis
                                 United States District Judge
                                 District of Minnesota